IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EQUIVEST FINANCIAL, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JAMES M. ROBERTS, ) <br> or his assigns or heirs, ) <br> if deceased, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:17cv787-MHT <br> (WO) |

**ORDER**

Upon consideration of plaintiff's notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice.

(2) All pending motions are denied as moot.

This case is closed.

DONE, this the 14th day of September, 2018.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE